AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

UNITED STATES OF AMERICA

V.

Nicholas Morales

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 09-mj-01025-KMT

CHARGING DISTRICTS CASE NUMBER: 08m-1149E

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Western District of Oklahoma; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the 410 SW 5th St., Lawton, OK Room 278 *Place and Address* for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 410 SW. 5th St, #278 Lawton, OK on March 5, 2009 11:00 am

*Date and Time*

2-12-2009

*Date*

*Signature of Judge*

KATHLEEN M. TAFOYA
United States Magistrate Judge

*Name of Judge* *Title of Judge*